

United States District Court
Eastern District of California



**FILED**

FEB 2 0 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ FMN
DEPUTY CLERK

| Julian Andrew Torres |
|---|

Plaintiff(s)

Case Number: | 1:24-cv-01138-JLT-SKO |

V.

| Equifax Information Services LLC, et al. |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jibril A. Greene hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Equifax Information Services LLC

On 10/26/2018 (date), I was admitted to practice and presently in good standing in the U.S. District Court, Northern District of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
Gonzales, Rahner v. Nelnet Servicing, LLC,. et al., Case No. 2:23-cv-01963-DAD-CKD
Application made May 8, 2024. Application Granted May 9, 2024.

Date: 01/21/2025      Signature of Applicant: /s/ Jibril A. Greene

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jibril A. Greene |
| Law Firm Name: | Seyfarth Shaw LLP |
| Address: | 2323 Ross Avenue |
| | Suite 1660 |
| City: | Dallas    State: TX    Zip: 75201 |
| Phone Number w/Area Code: | (469) 608-6745 |
| City and State of Residence: | Dallas, TX |
| Primary E-mail Address: | jagreene@seyfarth.com |
| Secondary E-mail Address: | equifaxdocketing@seyfarth.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Thomas P. Quinn, Jr. |
| Law Firm Name: | Nokes & Quinn, LLP |
| Address: | 410 Broadway |
| | Suite 200 |
| City: | Laguna Beach    State: CA    Zip: 92651 |
| Phone Number w/Area Code: | (949) 376-3500    Bar # 132268 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/20/25

_____
JUDGE, U.S. DISTRICT COURT

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### Jibril Ahman Greene

Bar Number:                                Date of Admission:

24093774                                   10/26/2018

Witness my official signature and the seal of this court.

Dated: 01/21/2025                          Karen Mitchell,
                                           Clerk of Court

                                           By: s/ B. Hill
                                               Deputy Clerk

