UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN ANDREW TORRES,<br><br>        Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE, N.A.,<br><br>        Defendant. | Case No.   1:24-cv-01138-JLT-EPG<br><br>ORDER REGARDING STIPULATION OF DISMISSAL OF JPMORGAN CHASE<br><br>ORDER REQUIRING EQUIFAX TO FILE POSIITON ON STIPULATION, OR A STIPULATION SIGNED BY ALL PARTIES WHO HAVE APPEARED<br><br>(ECF No. 44) |

      On August 19,2025, the parties filed a joint stipulation dismissing the claims against Defendant JPMorgan Chase, N.A., with prejudice and without an award of costs and attorneys' fees pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (ECF No. 44)

      However, Fed. R. Civ. P. 41(a)(1)(A)(ii) requires that a stipulation of dismissal be "signed by all parties who have *appeared*." (emphasis added).  Although Equifax Information Services, LLC was previously dismissed on June 12, 2025, (ECF No. 36), Equifax Information Services, LLC is nevertheless a party who has appeared and thus its signature is needed before the case may be dismissed per stipulation.

      Accordingly, no later than September 23, 2025, Defendant Equifax Information Services, LCC shall file a signed document reflecting its approval or disapproval of Plaintiff's request for dismissal with prejudice against Defendant JPMorgan Chase, N.A. (ECF No. 44).

\\\

\\\

1

1   Alternatively, by no later than September 23, 2025, the parties may file a stipulation of
2   dismissal signed by all parties who have appeared in this action in compliance with Rule
3   41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:   **August 22, 2025**                          /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE

2