UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN ANDREW TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, et al,<br><br>    Defendant. | Case No.  1:24-cv-01138-JLT-EPG<br><br>ORDER REGARDING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 46) |

On August 19,2025, the parties filed a joint stipulation dismissing the claims against Defendant JPMorgan Chase, N.A., with prejudice and without an award of costs and attorneys' fees pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (ECF No. 44). However, the parties failed to include dismissed Defendant Equifax Information Services, who was dismissed as a party on June 12, 2025. (ECF No. 36).

Thus, the Court ordered that Defendant Equifax Information Services, LCC file a signed document reflecting its approval or disapproval of Plaintiff's request for dismissal with prejudice against Defendant JPMorgan Chase, N.A. or in the alternative,  the parties may file a stipulation of dismissal signed by all parties who have appeared in this action in compliance with Rule 41(a)(1)(A)(ii) no later than September 23, 2025. (ECF No. 45).

On August 26, 2025, the parties filed a joint stipulation dismissing the action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The joint stipulation was signed by all parties and each party is to bear their own respective fees and costs. (ECF No. 46).

In light of the parties' stipulation, this action has been terminated pursuant to Fed. R. Civ.

1

P. 41(a)(1)(A)(ii) and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: __**August 27, 2025**__               /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE